McKINLEY MEARS v. JASON F. CRIBB.

(Filed 27 September, 1961.)

APPEAL by defendant from *Paul, J.,* April Civil Term 1961 of NEW HANOVER.

Civil action to recover for personal injuries sustained by plaintiff, a pedestrian, while crossing Dawson Street at the intersection of said street and Seventh Street, in the city of Wilmington, North Carolina, about 6:00 p.m. on 24 January 1958. Plaintiff was struck by an automobile operated by defendant in a westerly direction on Dawson Street, and was seriously injured.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning error.

---

PULLEY *v.* PULLEY.

---

*Addison Hewlett, Jr., and Solomon B. Sternberger for plaintiff appellee.*

*R. S. McClelland, L. Bradford Tillery, W. Alllen Cobb for defendant appellant.*

PER CURIAM. A careful consideration of defendant's exceptive assignments of error, leads us to the conclusion that they are without sufficient merit to disturb the verdict below.

In the trial below, we find

No error.